No. 9886. EDNA MAE GARREN, EDNA MAE GARREN as Administratrix of the Estate of HOMER B. GARREN, Deceased; EDNA MAE GARREN as Guardian ad litem for GERALD GARREN, a Minor, PLAINTIFFS AND RESPONDENTS, v. WILLIAM McGILLVRAY, as Executor of the Estate of WILBUR C. COOK, Deceased, DEFENDANT AND APPELLANT.

339 Pac. (2d) 487.

Decided April 9, 1959.

Rehearing denied June 2, 1959.

*Wellington D. Rankin, Arthur P. Acher,* Helena, for Appellant.

*Wellington D. Rankin* and *Arthur P. Acher,* Helena, argued orally for Appellant.

*Keeley, McElwain & Ryan,* Deer Lodge, for Respondent.

*Joseph McElwain,* Deer Lodge, argued orally for Respondent.

MR. JUSTICE ANGSTMAN:

The facts in this case are identical with those in No. 9885, McGraff v. McGillvray, 135 Mont. 256, 339 Pac. (2d) 478. The same legal question is presented here as was considered there.

On the authority of that case, the order appealed from is affirmed.

MR. JUSTICE CASTLES, and THE HONORABLE GUY C. DERRY, District Judge, sitting in place of MR. CHIEF JUSTICE HARRISON, concur.

MR. JUSTICE BOTTOMLY: (dissenting).

The facts, circumstances and the applicable law in this case are identical with the companion case, No. 9885, McGraff v. McGillvray, 135 Mont. 256, 339 Pac. (2d) 478, in which I dissented, for the reasons given in my dissent in Cause No. 9885 are applicable with equal force here.

MR. JUSTICE ADAIR: (dissenting).

For the reasons stated in my dissent in Appeal No. 9885 entitled McGraff v. McGillvray, 135 Mont. 256, 339 Pac. (2d) 485, I dissent herein. The defendant executor, William McGill-

vray, is entitled to a fair trial before a fair and impartial jury. To secure this, defendant's motion for a change of venue should be granted. McGillvray is entitled to a different trial than that accorded the decedent Wilbur C. Cook.